UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:25-cv-00442

**State of Texas,**
*Plaintiff,*

v.

**Johnson & Johnson et al.,**
*Defendants.*

### O R D E R

The court grants plaintiff's motion to remand this case to state court (Doc. 3). Plaintiff's motion for sanctions (Doc. 3), defendants' motion to stay proceedings (Doc. 4), and plaintiff's motion to expedite briefing (Doc. 5) are denied. No costs or fees are awarded. The case is hereby remanded. 28 U.S.C. § 1447(c).

Defendants' request to stay this order is granted. *See* Fed. R. App. P. 8(a). This order is stayed until 4:30 p.m. on November 9, 2025. Thereafter, the clerk of court shall transmit the case file to the 123rd District Court in Panola County, Texas, and shall close this case.

*So ordered by the court on November 8, 2025.*

J. CAMPBELL BARKER
United States District Judge